JS-6

KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile:  (818)240-7728
e-mail: kev@iiylaw.com

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>EVELINA JACKSON<br><br>            Defendant. | Case No. CV14-05879-SJO (AJWx)<br><br>ORDER TO DISMISS THIS ACTION WITHOUT PREJUDICE;<br><br>Date: May 4, 2015<br><br>Time: 10:00 a.m.<br><br>Ct.: 1-2nd Floor |

The court having reviewed the motion to dismiss this matter without prejudice grants the motion as follows:

This matter is dismissed without prejudice.

April 3, 2015

*S. James Otero*
_____

Honorable S. James Otero

1